IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID SAUNDERS,

    Plaintiff,

v.

GUNDERSON MEDICAL CENTER, et al.

    Defendants.

ORDER

Case No. 23-cv-714-wmc

Plaintiff David Saunders, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and submitted a trust fund account statement for the month of September 2023 to support this request. The one-month statement is insufficient to determine whether plaintiff qualifies for indigent status.

For this case to proceed, plaintiff must submit *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint no later than November 6, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff David Saunders may have until November 6, 2023 to submit a certified trust fund account statement for the period beginning approximately April

13, 2023 and ending approximately October 13, 2023.  If, by November 6, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 13th day of October, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge